# Exhibit

# E

1    STATE OF ILLINOIS  )
                        )  SS:
2    COUNTY OF L A K E  )

3

4         IN THE MATTER OF THE AUGUST TERM, 2019
                    GRAND JURY
5

6

7       TRANSCRIPT OF PROCEEDINGS OF THE PEOPLE OF THE

8    STATE OF ILLINOIS VS. VINCENT E. YORK, JR., 19 CF

9    2118, LAQUITTA J. YORK, 19 CF 2119, had before the

10   August Term, 2019, Grand Jury, 18 North County

11   Street, Waukegan, Illinois, on Wednesday, October 16,

12   2019, at the hour of 8:30 a.m.

13

14       PRESENT:   MR. STEPHEN SCHELLER, Assistant

15                  State's Attorney

16                  MS. JULIE BIRCH, Foreperson

17                  MR. DON MORETTI, Clerk

18

19

20   Reported for
     DEPOSITION REPORTERS, by
21   Deborah L. Severson, C.S.R

22

23             DEPOSITION REPORTERS
                  P.O. BOX 9275
24            Waukegan, Illinois  60079
                 (847) 356-6834

1        MR. SCHELLER: This is 19 CF 2119, People of

2  the State OF Illinois vs. Laquitta York and 19 CF

3  2118, People of the State of Illinois vs. Vincent

4  York.

5        The Grand Jury has the right to subpoena

6  and question any person against whom the State's

7  Attorney is seeking a Bill of Indictment, or any

8  other person, and to obtain and examine any documents

9  or transcripts relevant to the matter being

10 prosecuted by the State's Attorney.

11       If we can have the detective sworn in.

12       (The oath was thereupon duly

13         administered to the witness by

14         the Clerk.)

15       JOSE SARABIA,

16 called as a witness by the Grand Jury herein,

17 having been first duly sworn, was examined and

18 testified as follows:

19     EXAMINATION

20      BY MR. SCHELLER:

21   Q.  Can you tell us your first and last name and

22 spell your last name for the court reporter?

23   A.  It's Jose Sarabia, S-as in Sam-A-R-A-B as in

24 boy-I-A.

1    Q.   Can you tell the Ladies and Gentlemen of the

2    Grand Jury where you work, please?

3    A.   I work for the City of North Chicago.

4    Q.   Your current position?

5    A.   Detective.

6    Q.   And, Detective, were you and other members

7    of the North Chicago Police Department involved in

8    the investigation of a death that occurred on

9    September 14th of 2019?

10    A.   That's correct, I was.

11    Q.   And the victim was identified as a Brian

12    Wilson?

13    A.   Correct.

14    Q.   Officers responded to the 1000-block of

15    Jackson Street, North Chicago in regards to a

16    possible person who had been hit by a vehicle?

17    A.   Correct.

18    Q.   When officers arrived, can you describe --

19    First of all, can you describe the general area there

20    where the victim was found?

21    A.   It's the intersection of Jackson and 10th

22    Street.  Right prior to getting to the intersection

23    of 10th Street it's residential and you have a gas

24    station on the southeast corner.  You've got a diner

1     on the southwest corner.  The northwest corner is a

2     body shop and then the northeast corner is a liquor

3     store.

4          Q.   And Mr. Wilson was found where?

5          A.   He was found just on the southwest behind

6     the Jesse Diner right before the alleyway entrance.

7     So a portion of the body was towards the street and

8     towards the alleyway.

9          Q.   And that street would have been Jackson

10    Street?

11         A.   Correct, Jackson.

12         Q.   Was there an autopsy done on Mr. Wilson?

13         A.   There was.

14         Q.   And the Coroner's Office determined that he

15    died due to blunt injuries due to being struck by a

16    motor vehicle?

17         A.   Correct.

18         Q.   What's the relationship between Vincent York

19    and Laquitta York?

20         A.   They are still currently married.

21         Q.   And Laquitta lives in North Chicago?

22         A.   She lives in Waukegan.

23         Q.   Generally what did the investigation show

24    after officers arrived and found Mr. Wilson's body in

```
 1   terms of what occurred at Laquitta York's house
 2   earlier that day?

 3        A.  Prior to the incident there was an argument
 4   between Mr. Vincent York and Laquitta York over their
 5   4-year old daughter.  They exchanged words at which
 6   time Laquitta York's boyfriend, Brian Wilson, exited
 7   the house, words were exchanged.

 8        Wilson threatened York at which time York
 9   walked up to him, approached him, pushed him.  At
10   that time Ms. York's stepdaughters intervened and
11   told him it's not worth it, go home, at which time
12   Vincent York got in his vehicle and left.

13        Q.  Okay.  This argument that occurred between
14   Laquitta York and Vincent York occurred outside of
15   the residence?

16        A.  Outside of the residence, correct.

17        Q.  And during this argument her boyfriend,
18   Brian Wilson, who was in the house came out and there
19   were words exchanged between him and Mr. York?

20        A.  Correct.

21        Q.  And at some point Mr. York -- Mr. -- sorry
22   Mr. Wilson threatened Mr. York?

23        A.  Correct.

24        Q.  Mr. York pushed him?
```

```
1        A.   Correct.

2        Q.   And then Laquitta York's daughters

3   intervened and broke up the escalation that was

4   occurring?

5        A.   Correct.

6        Q.   Mr. York then left the scene?

7        A.   Correct.

8        Q.   All right.  What happened after Mr. York

9   left the scene or left the residence of Laquitta

10  York?

11       A.   Mr. York drove off.  He called Ms. York and

12  they were basically talking about what's going on, we

13  were trying to fix something, we're trying to fix the

14  relationship, that type of deal.  At which time Ms.

15  York told him I'm tired of talking on the phone.  Why

16  don't you meet up with me, I'm here at -- where are

17  you at.  Mr. York replies I'm on Jackson.  She says

18  I'm on Jackson, too.  I'll stop at the gas station.

19       Q.   And there's a Citgo gas station located at

20  that intersection of 10th and Jackson?

21       A.   Correct.

22       Q.   Ms. York was driving a black Nissan Sentra?

23       A.   Correct.

24       Q.   And her --  Vincent York was driving a gray
```

```
1     Chevy -- Chevrolet Malibu?

2          A.    That's correct.

3          Q.    What occurred at the gas station when Ms.

4     York got there?  Was Brian Wilson with her by the

5     way?

6          A.    Brian Wilson was with her, correct.

7          Q.    So he was in the car when she was going to

8     meet, again, meet Vincent York at the gas station?

9          A.    Correct.

10         Q.    What occurred when she got to the area of

11    the gas station?

12         A.    Are we going via the surveillance camera?

13         Q.    Just generally, witnesses, any type of

14    surveillance video.

15         A.    Ms. York arrives.  You see her.  She arrives

16    at the gas pump which is closest towards Jackson

17    Street.

18         Q.    This is through surveillance video?

19         A.    Through surveillance video.

20         Q.    Okay.

21         A.    Shortly afterwards you see the passenger

22    rear door open and shuts real quick.  The vehicle

23    then goes south towards the alleyway which is another

24    exit through the gas station, goes westbound.  It
```

1    crosses over then towards Jesse's Diner.

2        Q.    That's across the street?

3        A.    Across the street, correct.

4        Q.    Okay.

5        A.    As soon as the vehicle crosses, it blacks

6    out.  So the headlights, taillights, everything goes

7    off.  You then observe what's called gunshot muzzle

8    flash, you see the flash.

9        Q.    And the gunshot muzzle flash is near the car

10   that Ms. York was driving?

11       A.    That Ms. York was driving, correct.

12       Q.    And at that point you see Mr. Wilson in the

13   middle of Jackson Street.  Then you see that silver

14   Impala starts going in circles around on Jackson

15   Street.

16       Q.    Around Mr. Wilson?

17       A.    Around Mr. Wilson while he's still in the

18   middle of the street.  At that time you see

19   Mr. Wilson kind of take that stance like he's going

20   to take a shot or anything like that.  Then it's

21   blocked by the gas pump overhead.  You see the

22   vehicle, the silver Impala do about three circles,

23   hits the curb.  At that time Mr. Wilson gets struck

24   by the vehicle and that's all that we have as far as

the surveillance image.

Q. When you saw the muzzle flash on the surveillance video, could you tell who was firing the weapon?

A. Not at that moment.

Q. At some point Mr. Wilson's in the middle of Jackson Street?

A. Correct.

Q. And this Chevrolet Malibu that Mr. York is driving is circling him?

A. Correct.

Q. That vehicle actually struck the curb?

A. Correct.

Q. And at some point it struck Mr. Wilson?

A. Correct.

Q. Were there any witnesses that were at the Citgo gas station?

A. Yes. As soon as Ms. York pulled out towards that alleyway, there was another vehicle that arrived just shortly right afterwards. There was three witnesses in that vehicle. One witness stated that he observed the gentleman, Mr. York, from the Impala approach the black Nissan which is Ms. York's vehicle. Words were exchanged. They see Mr. York

1   being dragged across behind Jesse's Diner.  They

2   observed the individual which was Brian Wilson exit

3   the vehicle, shoots one time in the air.  As Mr. York

4   almost gets hit by oncoming traffic, he runs back to

5   his car.  Then he says he sees the circles, he gets

6   struck one time.

7           The other witness says that he saw the shot

8   also and that he saw Mr. Wilson chasing Mr. York in

9   the middle of the street while he still had the gun

10  out.  Circles begin.  The individual says that Brian

11  Wilson is now pointing at the vehicle shooting as the

12  car is going in circles.  We had the other individual

13  which would be No. 3 now from the same vehicle, he

14  exits the vehicle, he's walking towards the gas

15  station.

16          Q.  Who's exiting the vehicle?

17          A.  I want to say --

18          Q.  Mr. Wilson or Mr. York?

19          A.  I'm sorry, one of the witnesses.

20          Q.  A third witness.  What did the third witness

21  say?

22          A.  He exits that vehicle.  The other two

23  witnesses, he hears commotion so he like turns back,

24  he hears Ms. York state to Mr. Wilson, don't worry

1 about it, I have this, I got this.

2    He then hears one gunshot. He walks into

3 the gas station, walks back out, and he sees the car

4 going in circles. And he sees Mr. Wilson get struck

5 by the car once.

6   Q. You said one of the witnesses said they saw

7 Mr. York being dragged. What do you mean by that?

8   A. While he exits or Mr. York exits his Impala

9 and he approaches the vehicle.

10   Q. The Malibu you mean?

11   A. Yes, the Malibu. He approaches the Nissan.

12 He's exchanging words with Ms. York. At that time

13 Mr. Wilson grabs him by the arm so they start -- he

14 starts hitting him through the window. They exchange

15 punches.

16    While that's occurring that's when Ms. York

17 goes across the alleyway so he's holding on while

18 they're still punching each other, that's how he got

19 dragged off.

20   Q. So Mr. Wilson is holding onto Mr. York as

21 Ms. York is driving?

22   A. Correct.

23   Q. And this is prior to Mr. Wilson, according

24 to witnesses, firing the weapon?

1      A.   Correct.

2      Q.   All right.  Did officers do a search of the

3  crime scene to try to find the shell casings to

4  determine how many shots were fired?

5      A.   Correct.  There was one shell casing located

6  directly behind Mrs. York's vehicle.

7      Q.   And were there any other shell casings

8  besides that?

9      A.   No other casings located.

10     Q.   Did the police ever take custody of

11  Mr. York's Chevrolet Malibu?

12     A.   We did.

13     Q.   Were there any bullet holes or any

14  indication that the gun -- that the car had been shot

15  at?

16     A.   No bullet holes.  A flat tire and a couple

17  dents, but no bullet holes.

18     Q.   The flat tire you determined, Detective, was

19  from when he struck the curb?

20     A.   Correct.

21     Q.   Mr. York turned himself in with his lawyer

22  to the police department?

23     A.   Correct.

24     Q.   This was a couple days later?

1     A.   Correct.

2     Q.  What did Mr. York tell the police occurred?

3     A.   Mr. York -- The guy's saying he went to

4 Ms. York's house to drop off the baby.  They were

5 exchanging words.  At that time Mr. Wilson exited the

6 house.  He stated you better leave before I beat your

7 ass.  And at that time Mr. York turned back around,

8 shoved him.  Stepdaughters intervened, go home.  He

9 leaves.  He's driving on Jackson.

10      He calls her, Ms. York, and says the same

11 thing, you know, we're trying to fix this, what are

12 you doing, why are you acting the way you're acting.

13 You're trying to do this because your boyfriend is

14 there.  Hang up the phone.  I'm done talking to you

15 on the phone, let's meet up.  I'm here at Jackson.

16      So he turns back around and goes to Jackson.

17 He stopped his vehicle in the middle of Jackson

18 Street.  He admits that he gets out of the car.  He's

19 still yelling at her through the window.  Wilson

20 grabs him by the arm.  He starts striking him and

21 they exchange punches.  He hangs onto the vehicle of

22 Ms. York's and they cross towards the alley.  He

23 fell.  He said he fell right before it got into the

24 alley at which time you see -- he almost got struck

1    by oncoming traffic.  As he braced himself, he saw

2    Mr. Wilson exit the vehicle and shoot towards him.

3            He jumps back towards his vehicle.  As he's

4    explaining it, he says he jumps in the car, ducks,

5    throws it in gear, slams on the gas and just cuts the

6    wheel.  He recalls going around in circles about

7    three or four times he stated.  He says he hit the

8    curb.  He lost control of the car.  While he was

9    still trying to get control as he was being shot at,

10   he then went southbound on Jackson and he called the

11   police.

12       Q.   Surveillance video --  So we found one shell

13   casing?

14       A.   Correct.

15       Q.   Surveillance video showed there was a muzzle

16   flash which indicated there was a shot fired?

17       A.   Correct.

18       Q.   Was there any other shell casings found to

19   indicate the gun was fired multiple times?

20       A.   No other shell casings.

21       Q.   Now, there was a gun that was involved that

22   Mr. Wilson had, correct?

23       A.   Correct.

24       Q.   Was that gun ever recovered by the police?

```
 1        A.   No.

 2        Q.   Were there any witnesses who heard or saw

 3   Ms. Laquitta York do anything after her husband,

 4   Vincent York, was driving in circles and struck

 5   Mr. Wilson?

 6        A.   We have one witness that stated that when

 7   Mr. Wilson got struck by the vehicle, Ms. York ran up

 8   to him, removed a handgun from his hand but he does

 9   not know what happened to the firearm.

10        Q.   Did this witness or anyone hear Ms. York say

11   anything?

12        A.   Besides don't worry about it, I got this?

13        Q.   Correct.   In terms of the handgun.

14        A.   The handgun?   No.

15        Q.   All right.   Now, Mr. York came to the police

16   station.   Was his cell phone also looked at?

17        A.   Correct.

18        Q.   Did he tell the police after this incident

19   occurred that he in fact had called 911?

20        A.   Correct.

21        Q.   Did you search his cell phone?

22        A.   Correct.

23        Q.   Did you find any indication that he dialed

24   911?
```

1      A.   No indication.

2      Q.   Okay.  No indication he called the North

3  Chicago Police Department?

4      A.   No.  I checked the 911 call log also.

5      Q.   Your call log at the police station?

6      A.   Correct, and he never called.

7      Q.   Is there anything else you'd like to tell

8  the Grand Jurors at all before we open up the floor

9  for questions from them?

10     A.   Just I would say maybe one statement that

11 Mr. York made when this was occurring when Wilson was

12 approaching with the gun out, he stated that

13 Mr. Wilson said I told you you weren't about that

14 type of life which basically means you're not real

15 big and bad, you act it, but you're not.  That's

16 about it.

17     Q.   Okay.  Questions, please?

18          GRAND JUROR NO. 1143:  Okay.  So this is

19 just about what we're supposed to determine because

20 it has no bearing if it was self-defense or anything

21 else.   He killed the guy and he left and she

22 concealed the gun.  Those are the only facts that we

23 need to look at, is that correct?

24          MR. SCHELLER:  Correct.

1        GRAND JUROR NO. 1127: You said when they

2    first pulled up to the gas station, someone got out

3    of the back seat of the car, the back door opened,

4    someone got out and the car continued. Who got out

5    of the back of the car?

6        A.   The individual never exited the car. It was

7    determined -- We can't prove it. When the first

8    initial agency that arrived was Waukegan so that

9    individual when Waukegan arrived, he's the one that

10   took off. He was located but there was no firearm

11   located. So we don't know if Ms. York handed the gun

12   off to him. So his story is basically he got picked

13   up and they were exchanging, arguing. He did punch

14   Wilson through the window and that's --

15        MR. SCHELLER: Vincent York punched

16   Mr. Wilson?

17      A.   Correct. And that was all he stated.

18      Q.   Do we know that individual's name?

19      A.   Yes.

20      Q.   And what's his name?

21      A.   His name is James Friar. He's known as

22   Semaj.

23      Q.   Mr. Friar didn't give any assistance to the

24   police in terms of any statements?

1       A.   No.

2            GRAND JUROR NO. 1160:   So on the video

3   surveillance you saw the muzzle flash.   Is that where

4   the one shell casing was found that matched that

5   muzzle flash?

6       A.   Correct, correct.

7            GRAND JUROR NO. 1160:   And there was no --

8   There was no Impala there, right?   There was several

9   reference to an Impala but everytime that was a

10  Malibu, correct?

11           MR. SCHELLER:   When you talk about Impala,

12  Detective, you meant the Malibu?

13      A.   The Malibu, correct.

14      Q.   Another type of Chevrolet vehicle?

15      A.   Correct.

16      Q.   Any questions for the detective?

17           GRAND JUROR NO. 1101:   Did Mrs. York leave

18  the scene as well?

19      A.   No, Ms. York stayed on scene.

20           MR. SCHELLER:   Other questions for Detective

21  Sarabia?   Thank you, Detective.

22      A.   Thank you.

23               (DELIBERATIONS HELD)

24           MS. HAYES:   Has the Grand Jury reached a

1    decision on the last case?

2              THE FOREPERSON:  A true bill.

3              MS. HAYES:  Thank you

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1    STATE OF ILLINOIS    )
                           )    SS.
 2    COUNTY OF LAKE       )

 3

 4            I HEREBY CERTIFY that I reported in

 5    shorthand the proceedings had in the above-entitled

 6    cause, and that the foregoing Report of Proceedings

 7    is a true, correct, and complete transcript of my

 8    shorthand notes so taken at the time and place set

 9    forth.

10

11

12

13

14

15

16                   Deborah L. Severson, CSR
                     084-001777
17

18

19

20

21

22

23

24
```