# Exhibit

# F

KWL

1   STATE OF ILLINOIS   )
                        )  SS:
2   COUNTY OF L A K E   )

3

4           IN THE MATTER OF THE JUNE TERM, 2020
                        GRAND JURY

5

6

7        TRANSCRIPT OF PROCEEDINGS OF THE PEOPLE OF THE

8   STATE OF ILLINOIS VS. VINCENT E. YORK, JR., 20 CF 1133

9   had before the June Term, 2020, Grand Jury, 18 North

10  County Street, 10th Floor, Waukegan, Illinois, on

11  Wednesday, July 22, 2020, at the hour of 8:30 a.m.

12

13       PRESENT:   MR. KEN LARUE, Assistant State's

14                  Attorney

15                  MR. JIM DRATHS, Foreperson

16                  MS. LESLIE RAMSEY, Clerk

17

18

19

20  Reported for
    DEPOSITION REPORTERS, by
21  Deborah L. Severson, C.S.R

22

23                  DEPOSITION REPORTERS
                        P.O. BOX 9275
24              Waukegan, Illinois  60079
                     (847) 356-6834

1      MR. LARUE: This is People vs. Vincent York.

2  It's off the 8:30 call.

3          The Grand Jury has the right to subpoena

4  and question any person against whom the State's

5  Attorney is seeking a Bill of Indictment, or any

6  other person, and to obtain and examine any documents

7  or transcripts relevant to the matter being

8  prosecuted by the State's Attorney.

9              Please swear in this witness.

10                  (The oath was thereupon duly

11                   administered to the witness by

12                   the Foreperson.)

13                  JOSE SARABIA,

14  called as a witness by the Grand Jury herein,

15  having been first duly sworn, was examined and

16  testified as follows:

17          EXAMINATION

18              BY MR. LARUE:

19      Q.   Could you please state your name and spell

20  it for the court reporter?

21      A.   It's Jose Sarabia, S-as in Sam-A-R-A-B-as in

22  boy-I-A.

23      Q.   And how are you employed?

24      A.   City of North Chicago, detective.

```
 1        Q.   How long have you been with the North

 2   Chicago Police Department?

 3        A.   A little over 14 years.

 4        Q.   And did you have occasion to investigate an

 5   accident, well, the death of Brian Wilson that

 6   occurred on or about September 14th of 2020 [sic]?

 7        A.   That's correct.

 8        Q.   And this happened in North Chicago at

 9   approximately 10th and Jackson?

10        A.   Correct.

11        Q.   And I'm going to use a power point for my

12   presentation today.  You previously testified in this

13   matter, is that correct?

14        A.   Correct.

15        Q.   And that testimony is regarding the charges

16   of leaving the scene of a death or great bodily harm

17   accident, is that correct?

18        A.   Correct.

19        Q.   And what you're looking at --  Are you able

20   to see the screen?

21        A.   I can see where the arrow is pointing

22   upwards is 10th Street?

23        Q.   10th Street.  And the north or south street,

24   what street is that?
```

1        A.   That's Jackson to the left.

2        Q.   Okay.  I'm going to go forward.  There's a

3    green arrow that disappeared on the screen.  Are you

4    aware that that green arrow was the direction that a

5    car was driven by Laquita York, is that correct?

6        A.   Correct.

7        Q.   It was on the west side of the pumps.  She

8    was driving south, is that correct?

9        A.   Correct.

10       Q.   A little background, Laquita York and

11   Vincent York have a child together, is that correct?

12       A.   Correct.

13       Q.   Earlier in the day there was an exchange of

14   the child and then there was a fight between Vincent

15   York and Brian Wilson, is that correct?

16       A.   Correct.

17       Q.   There was some bad blood, some ongoing

18   animosity?

19       A.   Correct.

20       Q.   I'm going to show you back on the screen

21   there's a red circle with an arrow pointing actually

22   that would be north.  That's where Vincent York's

23   vehicle pulled up, is that correct?

24       A.   That's correct.

1     Q.   And then from there afterwards Laquita York
2   pulled across Jackson, went west across Jackson and
3   parked in the alley, is that correct?
4     A.   That's correct.
5     Q.   And then at some point Vincent York got out
6   of his vehicle, is that correct?
7     A.   Correct.
8     Q.   And walked over to Laquita York's vehicle?
9     A.   Correct.
10     Q.   And Laquita's vehicle, she was driving that
11   vehicle, is that correct?
12     A.   Yes.
13     Q.   And Brian Wilson was in the front passenger
14   seat?
15     A.   Correct.
16     Q.   And there was a third person, we believe it
17   was James Farr (Phonetic) who was in the back seat?
18     A.   That's correct.
19     Q.   It was an altercation that occurred?
20     A.   Correct.
21     Q.   And at some point there was a gunshot?
22     A.   Yes.
23     Q.   We don't know anymore about it, is that
24   correct?

1      A.   That's correct.

2      Q.   At that point we see --  Well, Vincent

3   York's car then starts up, is that correct?

4      A.   Correct.

5      Q.   And in the middle of the street, which you

6   may not have seen, but we'll play it today there was

7   some -- Brian Wilson was in the middle of Jackson as

8   Vincent York takes off and starts heading south, is

9   that correct?

10     A.   That's correct.

11     Q.   You're going to see that Vincent York's

12  vehicle went in circles approximately two and a half

13  times, is that correct?

14     A.   Correct.

15     Q.   And the circle that appeared on the map on

16  the west side of Jackson in the alley, that's where

17  Brian Wilson came to rest, is that correct?

18     A.   That is correct.

19     Q.   So I'm going to play the WGN News clip.

20          (WHEREBY THE CLIP WAS PLAYED)

21     Q.   So as part of your investigation, you were

22  able to recover surveillance video from the Citgo

23  station, is that correct?

24     A.   That's correct.

Q.  And we're looking at that surveillance video here, is that correct?

A.  Correct.

Q.  And on the far side of the pumps you're going to see a black car pull -- heading from the right of the screen to the top of the screen, is that correct?

A.  That is correct.

Q.  And that's actually what Laquita York was driving at the time?

A.  Correct.

Q.  And at that time Brian Wilson was in the front passenger seat, is that correct?

A.  Correct.

Q.  And we're going to see a car pull up and stop and that's going to be Vincent York's vehicle, is that correct?

A.  That's correct.

Q.  I'm going to play this.  I can't stop it in the middle.  It just keeps going.  So I'll try --

And so now we see --  That's not the vehicle.  There's another vehicle that is going to pull up on the other side of the pumps, is that correct?

1      A.   Correct.

2      Q.   So this car pulling onto the screen now, a

3 black vehicle driven by Laquita York and Brian Wilson

4 is in the front seat, is that correct?

5      A.   That's correct.

6      Q.   You see the back passenger door open briefly

7 for a second and then it closes?

8      A.   Correct.

9      Q.   Then we're going to see I believe it's the

10 next car coming from the top of the screen.  You see

11 headlights.  That is actually driven by Vincent York.

12 Here he's pulling up now and he's actually going to

13 stop his car, is that correct?

14      A.   Correct.

15      Q.   And you see Laquita York pulling west across

16 Jackson and there's a gap in the video, is that

17 correct, 15 seconds?

18      A.   Correct.

19      Q.   The Citgo station said they believe it was a

20 motion detector?

21      A.   Correct.

22      Q.   So now we're going to see there was a

23 gunshot which we'll go through in the next one and

24 we're going to see in a second.  I believe if you

1   look back, where Vincent York's vehicle is, you see

2   the taillights go on, is that correct?

3        A.   That is correct.

4        Q.   It pulls out.  You can see a person in the

5   middle of the street and that's Brian Wilson, is that

6   correct?

7        A.   That's correct.

8        Q.   And we're seeing Vincent York's vehicle go

9   in circles, is that correct?

10       A.   Yes.

11       Q.   We don't know how many times Brian Wilson

12  was hit but Laquita said that he was hit twice, is

13  that correct?

14       A.   That's correct.

15       Q.   And then he takes off, is that correct?

16       A.   Yes.

17       Q.   The next video we're going to show you're

18  going to see --  If I can direct your attention to

19  the right hand side, well, actually Laquita York's

20  vehicle, you can see that on the right hand side

21  between the pumps with the taillights on, is that

22  correct?

23       A.   Yes.

24       Q.   And then you're going to see in this one at

1    9:58.58 the taillights are off but you're going to

2    see a white little dot, is that correct?

3        A.   Correct.

4        Q.   Can you see that?  We believe that is where

5    the gunshot occurred, is that correct?

6        A.   Once it crosses, yes.

7        Q.   Right.  And then from there you believe --

8    and this is a close up of the car just seconds before

9    the gunshot, is that correct?

10       A.   Correct.

11       Q.   And then just after --  This is the gunshot

12   that we believe happened, one gunshot, is that

13   correct?

14       A.   Correct.

15       Q.   And, again, looking at this you don't see

16   the taillights on at this time, do you?

17       A.   No.

18       Q.   Brake lights.  This is a comparison with the

19   second -- before and when the gunshot happens, is

20   that correct?

21       A.   Correct.

22       Q.   All right.  And now this --  The first

23   officers on the screen were Waukegan Police, is that

24   correct?

1     A.   That's correct.

2     Q.   And this particular body worn camera you're

3     about to see is from Officer Fong, is that correct?

4     A.   Yes.

5          (WHEREBY BODY CAMERA FOOTAGE WAS SEEN)

6     Q.   So Waukegan was first on the scene because

7     this actually is North Chicago's jurisdiction,

8     correct?

9     A.   Correct.

10    Q.   But because the initial call went into

11    Waukegan 911 that's who was dispatched first, is that

12    correct?

13    A.   Correct.

14    Q.   So the crime scene pictures were taken, is

15    that correct?

16    A.   Yes.

17    Q.   And we're looking at here, I believe that is

18    where Laquita York's vehicle was located?

19    A.   Correct.

20    Q.   And you're going to see an orange cone in

21    this picture and that's where the shell casing was

22    located, is that correct?

23    A.   Correct.

24    Q.   And there's a close up of that.  And then

1  also near the street there were a bunch of different
2  pieces of evidence. We'll go through each of these.
3  One was a baseball bat that was recovered, is that
4  correct?

5      A.  That's correct.

6      Q.  And then where the State's Attorney's Office
7  was able to enhance the video a little bit, so I'm
8  going to play these three different clips showing
9  basically where, after the gunshot happened, this is
10  9:58.54 is where the gunshot happened and show
11  Vincent York's vehicle going in circles a few times.
12  So I'll play the first video now.

13          (WHEREBY THE VIDEO WAS PLAYED)

14      Q.  And that car that stopped you see the
15  taillights. We believe at some point it was Vincent
16  York crossing the street going back to his vehicle?

17      A.  Correct.

18      Q.  And here's the second one. These are zoomed
19  in with different contrast.

20          These are enhanced videos. He kept going in
21  circles until Brian Wilson was run over, is that
22  correct?

23      A.  Correct.

24      Q.  And here's the last enhanced video, is that

1    correct?  This was actually zoomed in a little bit

2    and brightened up, is that correct?

3        A.   Yes.

4        Q.   And that person in the street is Brian

5    Wilson, is that correct?

6        A.   Correct.

7        Q.   And then after this third time around

8    Vincent York's vehicle continued to head southbound

9    on Jackson, is that correct?

10       A.   Correct.

11       Q.   At some point he made a 911 call, is that

12   right?

13       A.   Yes.

14       Q.   And we're going to see the Citgo station

15   showing up here is Marco's Citgo and we're going to

16   see also LEARN Charter 10th School.  Are you familiar

17   with that school?

18       A.   Yes.

19       Q.   And also I'm going to show where the North

20   Chicago Police Department is, is that correct?

21       A.   Yes.

22       Q.   So showing on this map the Citgo station,

23   what we saw was that Vincent York drove his vehicle

24   south which would be straight down on the map, is

```
1    that correct?

2        A.   Correct.

3        Q.   And then he called 911 when he was

4    approximately somewhere after he left the scene, is

5    that correct?

6        A.   Correct.

7        Q.   And then that call interrupted and Waukegan

8    called him back and advised him to go to the North

9    Chicago Police Department, is that correct?

10       A.   Correct.

11       Q.   But Vincent never went to the North Chicago

12   Police Department, did he?

13       A.   No.

14       Q.   Instead he ended up --  This is surveillance

15   video from LEARN Charter 10th School, is that

16   correct, where his vehicle was found?

17       A.   Yes.

18       Q.   So what we're going to see now is the video

19   being played.  We're going to see a vehicle pull in

20   there and that's Vincent York's vehicle, is that

21   correct?

22             (WHEREBY THE VIDEO WAS PLAYED)

23       A.   Correct.

24       Q.   And North Chicago found that vehicle
```

1   abandoned behind that school, is that correct?

2       A.   Correct.

3       Q.   And then North Chicago was able to take

4   photographs of that vehicle where it was abandoned?

5       A.   Correct.

6       Q.   And here are somewhat --  What we're looking

7   at is the passenger side of Vincent York's vehicle,

8   is that correct?

9       A.   Yes.

10      Q.   And of note the front passenger tire is

11  flat, is that correct?

12      A.   Correct.

13      Q.   And there's an unknown dent in the right

14  front passenger door, is that correct?

15      A.   Correct.

16      Q.   There was a close up of that dent in the

17  right front passenger door, is that correct?

18      A.   Yes.

19      Q.   And then I'm showing the driver's side view

20  of the vehicle, there's a, it looks like a crunched

21  in area above the front right driver's side wheel

22  well, is that correct?

23      A.   Correct.

24      Q.   And that's a close up of that crunch, is

1    that correct?

2        A.   Yes.

3        Q.   And then additional pictures were taken

4    including the front of the vehicle, is that correct?

5        A.   Correct.

6        Q.   And then also that was recovered from the

7    crime scene I believe, is that correct?   It fell off

8    of the vehicle?

9        A.   I don't recall that.

10       Q.   It's a little bit rough.

11       A.   Yeah.

12       Q.   Additional --  That's an additional

13   photograph of the front of Vincent York's vehicle, is

14   that correct?

15       A.   Correct.

16       Q.   And then also as part of processing the

17   vehicle North Chicago Police were able to take the

18   vehicle and conduct swabs of not only underneath the

19   vehicle but also the wheel wells, is that correct?

20       A.   Correct.

21       Q.   And then it showed pictures of the front

22   right passenger wheel well, is that correct?

23       A.   Yes.

24       Q.   And the crime lab was able to analyze that

1   blood along with the standard of Vincent York?   I'm

2   sorry, Brian Wilson?

3        A.   Correct.

4        Q.   And they were able to determine that it was

5   Brian Wilson's blood not only on the undercarriage

6   but also the front right passenger wheel well, is

7   that correct?

8        A.   Correct.

9        Q.   This all happened in North Chicago?

10       A.   Correct.

11       Q.   Do you have any questions for this

12  detective?

13            GRAND JUROR NO. 1017:   So clearly Vincent

14  York was the driver of the car.   Are you saying he

15  was also the shooter?

16            MR. LARUE:   No, we're not alleging he was

17  the shooter also.   We believe there was an

18  altercation and we originally thought it may have

19  been Brian Wilson.   We don't know who the shooter

20  was.   We have not recovered the weapon or any

21  projectile.

22            GRAND JUROR NO. 1017:   But Vincent York was

23  shot also?

24            MR. LARUE:   No, Vincent York was not shot.

1    Nobody was shot, is that correct?

2        A.    Correct.

3            MR. LARUE:  And I'll let the detective

4    answer.

5        Q.    But, Detective, no weapon was ever

6    recovered, is that correct?

7        A.    No weapon was recovered and neither parties

8    were shot during the incident on September 14th.

9        Q.    Was it initially believed that Brian Wilson

10   may have been shot because of his injuries?

11       A.    Correct.

12       Q.    Go ahead.

13       A.    It was the initial call that said Brian

14   Wilson was shot and then ran over.  But there was no

15   evidence during the autopsy that he was actually

16   shot.

17       Q.    But nobody was shot, is that correct?

18       A.    Correct.

19       Q.    Any additional questions?  Thank you.

20                (DELIBERATIONS HELD)

21            MR. LARUE:  Has the Grand Jury reached a

22   decision?

23            THE FOREPERSON:  True bill.

24            MR. LARUE:  Thank you.

```
1    STATE OF ILLINOIS  )
                        )  SS.
2    COUNTY OF LAKE     )

3

4             I HEREBY CERTIFY that I reported in

5    shorthand the proceedings had in the above-entitled

6    cause, and that the foregoing Report of Proceedings

7    is a true, correct, and complete transcript of my

8    shorthand notes so taken at the time and place set

9    forth.

10

11

12

13

14

15

16             Deborah L. Severson, CSR
               084-001777
17

18

19

20

21

22

23

24
```